PEOPLE, *for use of* BOICE, *v.* CLARK.

This case is ruled by *People* v. *Clark, ante,* 373.

Error to Oakland; Gillespie (Glenn C.), J. Submitted January 9, 1929. (Docket No. 26, Calendar No. 33,922.) Decided March 29, 1929.

Assumpsit by the people of the State of Michigan for the use and benefit of Ora E. Boice and Ernest O. Boice, copartners doing business as Boice Brothers, against Frank L. Clark and American Employers' Insurance Company on a statutory bond. Judgment for plaintiffs. Defendant American Employers' Insurance Company brings error. Affirmed.

*Pelton & McGee,* for plaintiff.

*Frederick T. Witmire, Goodloe H. Rogers,* and *John P. Colden,* for appellant.

WIEST, J. This case is ruled by the opinion this day handed down in the case of *People* v. *Clark, ante,* 373.

The judgment is affirmed, with costs to plaintiff.

NORTH, C. J., and FEAD, FELLOWS, CLARK, MC-DONALD, POTTER, and SHARPE, JJ., concurred.